IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 5:17-cv-501-D |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| STEVE EMMONS and ) | |
| ROSEMARIE EMMONS, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Judgment is hereby entered in favor of the United States and against Steve Emmons and Rosemarie Emmons for unpaid federal income taxes and statutory additions to tax for tax years 2006, 2007, 2008, 2010, and 2012 in the total amount of $95,838 as of May 21, 2018, plus statutory interest and additions after that date that will continue to accrue according to law.

SO ORDERED. This _15_ day of June 2018.

JAMES C. DEVER III
Chief United States District Judge